**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: IN RE: ERIC R. BRANT, THOMAS CAMPBELL and BRIAN MINOR, ET AL. _____

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

   **[  ]      PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)   The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

   see attachment A _____

   _____

   _____

(2)   The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

   Martin & Bonnett, PLLC, Edward Tuddenham, Getman, Sweeney & Dunn, PLLC _____

   _____

   _____

(3)   If the party or amicus is a corporation:

   i)   Identify all its parent corporations, if any; and

      N/A _____

   ii)   list any publicly held company that owns 10% or more of the party's or amicus' stock:

      N/A _____

Attorney's Signature: s/ Matt Dunn _____     Date: 2/2/2024 _____

Attorney's Printed Name: Matt Dunn _____

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   **Yes**  X   **No** _____

Address:   Getman, Sweeney & Dunn, PLLC -  260 Fair Street - Kingston, New York 12401 _____

Phone Number:  (845) 255-9370 _____     Fax Number:   (845) 255-8649 _____

E-Mail Address:  mdunn@getmansweeney.com _____

rev. 01/15 GA

## Attachment A

Eric Alexander
Joshua Arrington
Wayne R. Avery
Jeremy A. Baldwin
Jeffrey Baldwin
Derrick C. Banks
Clarence Barber
Dwight Bardot
Ronald Barman
Tiffaney Barrett
Curtis R. Bennett
James C. Berns
Olufemi Bertha
Rogelio A Blake
Jazae Blunt
Donna Brackbill
Eric Brant
Victor D. Brown
Ronald Brown
Steven W. Bryan
Clifford Butterweck
Thomas Campbell
Milton Carrol
James Carstarpen
Christopher J. Chaisson
Arriel S Cochran
Darrell Coleman
Christopher E. Collier
David J Collins
Joseph J. Cook
Giovanni Cunningham
Ronald Deese

Richard E. Derragon

Terri Derragon

Brian S. Doherty

Jimmy Doolittle

Ryan H. DuBois

Gabriel Duran

Jeffrey Ealy

Margo Ealy

George Ellis

Frank Flowers

Ronald Fritz

Arthur Gann

Joseph Goldade II

Louis Gonzalez

DeWayne Greene

Brian Greenleaf

Jay G Hanson

Mark A. Hart

Aimee Henery

Terrence Hicks

James E. Higgs

Daniel Hollins

Barry Hopkins Jr

Thomas C. Istre

Michael K. Johnson

Matthew Johnson

Randy Jones

Franklin Jones

Edward Jones

Tobijah Jordan

Tiras Jordan

Dawn Keller

Lloyd Kenebrew

Patrick Lanier

Derrick Lee Sr.

Jamaal D. Lewis

Steven Lindsey

Omar Lindsey

Charles Lundeby

Sean Madison

Paul R. Martin

Scott F. Maurin

Jeffrey McClelland

Jeff Mcdonald

Douglas M McGowan

Joseph Meshkin

Peter J Metzger

William Meyers

Brian Minor

Kendrick Montgomery

Curtis L. Montgomery Jr

Don L Moore

Stephen Nixon

Edward K Oden

Levar Osby

Joey Palmer

Jonathan Pauldo

Michael Phariss

Travis Pregler

Regina Price

Louis M. Ramirez

Sirena Rich

Latoya Richardson

Amanda Ronk

Raul A Rosales

Helen Ruppel

Denis Sandoval

Brian Saunders

Donald W. Sebens
Paul M. Sherrod
Andy S. Silva Portillo
Willie Sims
David Sloan
Jerry Smith
DeAngelo Smith
Edward Stanton
Jocelyn Tate
Bobby Terrazas
Lilirs Thibodeaux Jr
Joseph Thompson
Ellis S. Tidwell Jr
Michael Tolliver
Pedro A Torres III
Patrick Toy
Charles Trusty Sr
Duwayne Tucker
Michael L Tucker
Derek Vaultz
Shayenne A Villa
Isiah Williams Jr
Edward R Wills
Keith Wood
Jerry Worthy Jr
Jeffry Zeyak

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: IN RE: ERIC R. BRANT, THOMAS CAMPBELL and BRIAN MINOR, ET AL. _____

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

   **[  ]     PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

   see attachment A _____

   _____

   _____

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

   Martin & Bonnett, PLLC, Edward Tuddenham, Getman, Sweeney & Dunn, PLLC _____

   _____

   _____

(3)  If the party or amicus is a corporation:

   i)  Identify all its parent corporations, if any; and

      N/A _____

   ii)  list any publicly held company that owns 10% or more of the party's or amicus' stock:

      N/A _____

Attorney's Signature:  s/  Emily Sullivan _____     Date: 2/2/2024 _____

Attorney's Printed Name:  Emily Sullivan _____

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   **Yes** _____   **No** __X__

Address:  Getman, Sweeney & Dunn, PLLC -  260 Fair Street - Kingston, New York 12401 _____

Phone Number:  (845) 255-9370 _____     Fax Number:  (845) 255-8649 _____

E-Mail Address:  esullivan@getmansweeney.com _____

rev. 01/15 GA

## Attachment A

Eric Alexander
Joshua Arrington
Wayne R. Avery
Jeremy A. Baldwin
Jeffrey Baldwin
Derrick C. Banks
Clarence Barber
Dwight Bardot
Ronald Barman
Tiffaney Barrett
Curtis R. Bennett
James C. Berns
Olufemi Bertha
Rogelio A Blake
Jazae Blunt
Donna Brackbill
Eric Brant
Victor D. Brown
Ronald Brown
Steven W. Bryan
Clifford Butterweck
Thomas Campbell
Milton Carrol
James Carstarpen
Christopher J. Chaisson
Arriel S Cochran
Darrell Coleman
Christopher E. Collier
David J Collins
Joseph J. Cook
Giovanni Cunningham
Ronald Deese

Richard E. Derragon
Terri Derragon
Brian S. Doherty
Jimmy Doolittle
Ryan H. DuBois
Gabriel Duran
Jeffrey Ealy
Margo Ealy
George Ellis
Frank Flowers
Ronald Fritz
Arthur Gann
Joseph Goldade II
Louis Gonzalez
DeWayne Greene
Brian Greenleaf
Jay G Hanson
Mark A. Hart
Aimee Henery
Terrence Hicks
James E. Higgs
Daniel Hollins
Barry Hopkins Jr
Thomas C. Istre
Michael K. Johnson
Matthew Johnson
Randy Jones
Franklin Jones
Edward Jones
Tobijah Jordan
Tiras Jordan
Dawn Keller
Lloyd Kenebrew
Patrick Lanier

Derrick Lee Sr.
Jamaal D. Lewis
Steven Lindsey
Omar Lindsey
Charles Lundeby
Sean Madison
Paul R. Martin
Scott F. Maurin
Jeffrey McClelland
Jeff Mcdonald
Douglas M McGowan
Joseph Meshkin
Peter J Metzger
William Meyers
Brian Minor
Kendrick Montgomery
Curtis L. Montgomery Jr
Don L Moore
Stephen Nixon
Edward K Oden
Levar Osby
Joey Palmer
Jonathan Pauldo
Michael Phariss
Travis Pregler
Regina Price
Louis M. Ramirez
Sirena Rich
Latoya Richardson
Amanda Ronk
Raul A Rosales
Helen Ruppel
Denis Sandoval
Brian Saunders

Donald W. Sebens
Paul M. Sherrod
Andy S. Silva Portillo
Willie Sims
David Sloan
Jerry Smith
DeAngelo Smith
Edward Stanton
Jocelyn Tate
Bobby Terrazas
Lilirs Thibodeaux Jr
Joseph Thompson
Ellis S. Tidwell Jr
Michael Tolliver
Pedro A Torres III
Patrick Toy
Charles Trusty Sr
Duwayne Tucker
Michael L Tucker
Derek Vaultz
Shayenne A Villa
Isiah Williams Jr
Edward R Wills
Keith Wood
Jerry Worthy Jr
Jeffry Zeyak

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: IN RE: ERIC R. BRANT, THOMAS CAMPBELL, and BRIAN MINOR, ET AL.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

**[  ]    PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

See Attachment A

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Getman, Sweeney & Dunn, PLLC, Martin & Bonnett, PLLC, Edward Tuddenham

(3)  If the party or amicus is a corporation:

i)  Identify all its parent corporations, if any; and

N/A

ii)  list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: s/ Susan Martin          Date: February 2, 2024

Attorney's Printed Name: Susan Martin

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).    **Yes** _____    **No** ☒

Address: 4647 N. 32nd Street, Suite 185

Phoenix, Arizona 85018

Phone Number: 602-240-6900          Fax Number: 602-240-2345

E-Mail Address: smartin@martinbonnett.com

rev. 01/15 GA

## Attachment A

Eric Alexander
Joshua Arrington
Wayne R. Avery
Jeremy A. Baldwin
Jeffrey Baldwin
Derrick C. Banks
Clarence Barber
Dwight Bardot
Ronald Barman
Tiffaney Barrett
Curtis R. Bennett
James C. Berns
Olufemi Bertha
Rogelio A Blake
Jazae Blunt
Donna Brackbill
Eric Brant
Victor D. Brown
Ronald Brown
Steven W. Bryan
Clifford Butterweck
Thomas Campbell
Milton Carrol
James Carstarpen
Christopher J. Chaisson
Arriel S Cochran
Darrell Coleman
Christopher E. Collier
David J Collins
Joseph J. Cook
Giovanni Cunningham
Ronald Deese

Richard E. Derragon
Terri Derragon
Brian S. Doherty
Jimmy Doolittle
Ryan H. DuBois
Gabriel Duran
Jeffrey Ealy
Margo Ealy
George Ellis
Frank Flowers
Ronald Fritz
Arthur Gann
Joseph Goldade II
Louis Gonzalez
DeWayne Greene
Brian Greenleaf
Jay G Hanson
Mark A. Hart
Aimee Henery
Terrence Hicks
James E. Higgs
Daniel Hollins
Barry Hopkins Jr
Thomas C. Istre
Michael K. Johnson
Matthew Johnson
Randy Jones
Franklin Jones
Edward Jones
Tobijah Jordan
Tiras Jordan
Dawn Keller
Lloyd Kenebrew
Patrick Lanier

Derrick Lee Sr.

Jamaal D. Lewis

Steven Lindsey

Omar Lindsey

Charles Lundeby

Sean Madison

Paul R. Martin

Scott F. Maurin

Jeffrey McClelland

Jeff Mcdonald

Douglas M McGowan

Joseph Meshkin

Peter J Metzger

William Meyers

Brian Minor

Kendrick Montgomery

Curtis L. Montgomery Jr

Don L Moore

Stephen Nixon

Edward K Oden

Levar Osby

Joey Palmer

Jonathan Pauldo

Michael Phariss

Travis Pregler

Regina Price

Louis M. Ramirez

Sirena Rich

Latoya Richardson

Amanda Ronk

Raul A Rosales

Helen Ruppel

Denis Sandoval

Brian Saunders

Donald W. Sebens
Paul M. Sherrod
Andy S. Silva Portillo
Willie Sims
David Sloan
Jerry Smith
DeAngelo Smith
Edward Stanton
Jocelyn Tate
Bobby Terrazas
Lilirs Thibodeaux Jr
Joseph Thompson
Ellis S. Tidwell Jr
Michael Tolliver
Pedro A Torres III
Patrick Toy
Charles Trusty Sr
Duwayne Tucker
Michael L Tucker
Derek Vaultz
Shayenne A Villa
Isiah Williams Jr
Edward R Wills
Keith Wood
Jerry Worthy Jr
Jeffry Zeyak

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: IN RE: ERIC R. BRANT, THOMAS CAMPBELL, and BRIAN MINOR, ET AL.

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

**[  ]    PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

    See Attachment A

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

    Getman, Sweeney & Dunn, PLLC, Martin & Bonnett, PLLC, Edward Tuddenham

(3)  If the party or amicus is a corporation:

    i)  Identify all its parent corporations, if any; and

        N/A

    ii)  list any publicly held company that owns 10% or more of the party's or amicus' stock:

        N/A

Attorney's Signature:  s/  Jennifer Kroll      Date:  February 2, 2024

Attorney's Printed Name:  Jennifer Kroll

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  **Yes** _____  **No** ⊠

Address:  4647 N. 32nd Street, Suite 185

        Phoenix, Arizona 85018

Phone Number:  602-240-6900    Fax Number:  602-240-2345

E-Mail Address:  jkroll@martinbonnett.com

## **Attachment A**

Eric Alexander
Joshua Arrington
Wayne R. Avery
Jeremy A. Baldwin
Jeffrey Baldwin
Derrick C. Banks
Clarence Barber
Dwight Bardot
Ronald Barman
Tiffaney Barrett
Curtis R. Bennett
James C. Berns
Olufemi Bertha
Rogelio A Blake
Jazae Blunt
Donna Brackbill
Eric Brant
Victor D. Brown
Ronald Brown
Steven W. Bryan
Clifford Butterweck
Thomas Campbell
Milton Carrol
James Carstarpen
Christopher J. Chaisson
Arriel S Cochran
Darrell Coleman
Christopher E. Collier
David J Collins
Joseph J. Cook
Giovanni Cunningham
Ronald Deese

Richard E. Derragon

Terri Derragon

Brian S. Doherty

Jimmy Doolittle

Ryan H. DuBois

Gabriel Duran

Jeffrey Ealy

Margo Ealy

George Ellis

Frank Flowers

Ronald Fritz

Arthur Gann

Joseph Goldade II

Louis Gonzalez

DeWayne Greene

Brian Greenleaf

Jay G Hanson

Mark A. Hart

Aimee Henery

Terrence Hicks

James E. Higgs

Daniel Hollins

Barry Hopkins Jr

Thomas C. Istre

Michael K. Johnson

Matthew Johnson

Randy Jones

Franklin Jones

Edward Jones

Tobijah Jordan

Tiras Jordan

Dawn Keller

Lloyd Kenebrew

Patrick Lanier

Derrick Lee Sr.

Jamaal D. Lewis

Steven Lindsey

Omar Lindsey

Charles Lundeby

Sean Madison

Paul R. Martin

Scott F. Maurin

Jeffrey McClelland

Jeff Mcdonald

Douglas M McGowan

Joseph Meshkin

Peter J Metzger

William Meyers

Brian Minor

Kendrick Montgomery

Curtis L. Montgomery Jr

Don L Moore

Stephen Nixon

Edward K Oden

Levar Osby

Joey Palmer

Jonathan Pauldo

Michael Phariss

Travis Pregler

Regina Price

Louis M. Ramirez

Sirena Rich

Latoya Richardson

Amanda Ronk

Raul A Rosales

Helen Ruppel

Denis Sandoval

Brian Saunders

Donald W. Sebens
Paul M. Sherrod
Andy S. Silva Portillo
Willie Sims
David Sloan
Jerry Smith
DeAngelo Smith
Edward Stanton
Jocelyn Tate
Bobby Terrazas
Lilirs Thibodeaux Jr
Joseph Thompson
Ellis S. Tidwell Jr
Michael Tolliver
Pedro A Torres III
Patrick Toy
Charles Trusty Sr
Duwayne Tucker
Michael L Tucker
Derek Vaultz
Shayenne A Villa
Isiah Williams Jr
Edward R Wills
Keith Wood
Jerry Worthy Jr
Jeffry Zeyak

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: IN RE: ERIC R. BRANT, THOMAS CAMPBELL, and BRIAN MINOR, ET AL.

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

    **[  ]    PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

    See Attachment A

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

    Getman, Sweeney & Dunn, PLLC, Martin & Bonnett, PLLC, Edward Tuddenham

(3)  If the party or amicus is a corporation:

    i)  Identify all its parent corporations, if any; and

        N/A

    ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

        N/A

Attorney's Signature: _s/ Michael Licata_        Date: February 2, 2024

Attorney's Printed Name: Michael Licata

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). **Yes** _____ **No** ✕

Address: 4647 N. 32nd Street, Suite 185

        Phoenix, Arizona 85018

Phone Number: 602-240-6900        Fax Number: 602-240-2345

E-Mail Address: mlicata@martinbonnett.com

rev. 01/15 GA

## Attachment A

Eric Alexander
Joshua Arrington
Wayne R. Avery
Jeremy A. Baldwin
Jeffrey Baldwin
Derrick C. Banks
Clarence Barber
Dwight Bardot
Ronald Barman
Tiffaney Barrett
Curtis R. Bennett
James C. Berns
Olufemi Bertha
Rogelio A Blake
Jazae Blunt
Donna Brackbill
Eric Brant
Victor D. Brown
Ronald Brown
Steven W. Bryan
Clifford Butterweck
Thomas Campbell
Milton Carrol
James Carstarpen
Christopher J. Chaisson
Arriel S Cochran
Darrell Coleman
Christopher E. Collier
David J Collins
Joseph J. Cook
Giovanni Cunningham
Ronald Deese

Richard E. Derragon

Terri Derragon

Brian S. Doherty

Jimmy Doolittle

Ryan H. DuBois

Gabriel Duran

Jeffrey Ealy

Margo Ealy

George Ellis

Frank Flowers

Ronald Fritz

Arthur Gann

Joseph Goldade II

Louis Gonzalez

DeWayne Greene

Brian Greenleaf

Jay G Hanson

Mark A. Hart

Aimee Henery

Terrence Hicks

James E. Higgs

Daniel Hollins

Barry Hopkins Jr

Thomas C. Istre

Michael K. Johnson

Matthew Johnson

Randy Jones

Franklin Jones

Edward Jones

Tobijah Jordan

Tiras Jordan

Dawn Keller

Lloyd Kenebrew

Patrick Lanier

Derrick Lee Sr.

Jamaal D. Lewis

Steven Lindsey

Omar Lindsey

Charles Lundeby

Sean Madison

Paul R. Martin

Scott F. Maurin

Jeffrey McClelland

Jeff Mcdonald

Douglas M McGowan

Joseph Meshkin

Peter J Metzger

William Meyers

Brian Minor

Kendrick Montgomery

Curtis L. Montgomery Jr

Don L Moore

Stephen Nixon

Edward K Oden

Levar Osby

Joey Palmer

Jonathan Pauldo

Michael Phariss

Travis Pregler

Regina Price

Louis M. Ramirez

Sirena Rich

Latoya Richardson

Amanda Ronk

Raul A Rosales

Helen Ruppel

Denis Sandoval

Brian Saunders

Donald W. Sebens
Paul M. Sherrod
Andy S. Silva Portillo
Willie Sims
David Sloan
Jerry Smith
DeAngelo Smith
Edward Stanton
Jocelyn Tate
Bobby Terrazas
Lilirs Thibodeaux Jr
Joseph Thompson
Ellis S. Tidwell Jr
Michael Tolliver
Pedro A Torres III
Patrick Toy
Charles Trusty Sr
Duwayne Tucker
Michael L Tucker
Derek Vaultz
Shayenne A Villa
Isiah Williams Jr
Edward R Wills
Keith Wood
Jerry Worthy Jr
Jeffry Zeyak

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: _____

Short Caption: IN RE: ERIC R. BRANT, THOMAS CAMPBELL and BRIAN MINOR, ET AL. _____

　　To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R.  App. P. 26.1.

　　The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

**[  ]　　PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH  INFORMATION IS NEW OR REVISED.**

(1)　The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

　　see attachment A _____

　　_____

(2)　The names of all law firms whose partners or associates have appeared for the party in the case (including  proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

　　Martin & Bonnett, PLLC, Edward Tuddenham, Getman, Sweeney & Dunn, PLLC _____

　　_____

　　_____

(3)　If the party or amicus is a corporation:

　　i)　Identify all its parent corporations, if any; and

　　　N/A _____

　　ii)　list any publicly held company that owns 10% or more of the party's or amicus' stock:

　　　N/A _____

Attorney's Signature: __s/  Edward Tuddenham_____　　Date: _2/2/2024_____

Attorney's Printed Name: _Edward Tuddenham_____

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).　**Yes** _____　**No** __☒__

Address: _42 Ave. Bosquet, 75007 Paris, France_____

　　_____

Phone Number: _+33.6.84.79.89.30_____　　Fax Number: _N/A_____

E-Mail Address: _edwardtuddenham@gmail.com_____

## Attachment A

Eric Alexander
Joshua Arrington
Wayne R. Avery
Jeremy A. Baldwin
Jeffrey Baldwin
Derrick C. Banks
Clarence Barber
Dwight Bardot
Ronald Barman
Tiffaney Barrett
Curtis R. Bennett
James C. Berns
Olufemi Bertha
Rogelio A Blake
Jazae Blunt
Donna Brackbill
Eric Brant
Victor D. Brown
Ronald Brown
Steven W. Bryan
Clifford Butterweck
Thomas Campbell
Milton Carrol
James Carstarpen
Christopher J. Chaisson
Arriel S Cochran
Darrell Coleman
Christopher E. Collier
David J Collins
Joseph J. Cook
Giovanni Cunningham
Ronald Deese

Richard E. Derragon
Terri Derragon
Brian S. Doherty
Jimmy Doolittle
Ryan H. DuBois
Gabriel Duran
Jeffrey Ealy
Margo Ealy
George Ellis
Frank Flowers
Ronald Fritz
Arthur Gann
Joseph Goldade II
Louis Gonzalez
DeWayne Greene
Brian Greenleaf
Jay G Hanson
Mark A. Hart
Aimee Henery
Terrence Hicks
James E. Higgs
Daniel Hollins
Barry Hopkins Jr
Thomas C. Istre
Michael K. Johnson
Matthew Johnson
Randy Jones
Franklin Jones
Edward Jones
Tobijah Jordan
Tiras Jordan
Dawn Keller
Lloyd Kenebrew
Patrick Lanier

Derrick Lee Sr.

Jamaal D. Lewis

Steven Lindsey

Omar Lindsey

Charles Lundeby

Sean Madison

Paul R. Martin

Scott F. Maurin

Jeffrey McClelland

Jeff Mcdonald

Douglas M McGowan

Joseph Meshkin

Peter J Metzger

William Meyers

Brian Minor

Kendrick Montgomery

Curtis L. Montgomery Jr

Don L Moore

Stephen Nixon

Edward K Oden

Levar Osby

Joey Palmer

Jonathan Pauldo

Michael Phariss

Travis Pregler

Regina Price

Louis M. Ramirez

Sirena Rich

Latoya Richardson

Amanda Ronk

Raul A Rosales

Helen Ruppel

Denis Sandoval

Brian Saunders

Donald W. Sebens
Paul M. Sherrod
Andy S. Silva Portillo
Willie Sims
David Sloan
Jerry Smith
DeAngelo Smith
Edward Stanton
Jocelyn Tate
Bobby Terrazas
Lilirs Thibodeaux Jr
Joseph Thompson
Ellis S. Tidwell Jr
Michael Tolliver
Pedro A Torres III
Patrick Toy
Charles Trusty Sr
Duwayne Tucker
Michael L Tucker
Derek Vaultz
Shayenne A Villa
Isiah Williams Jr
Edward R Wills
Keith Wood
Jerry Worthy Jr
Jeffry Zeyak