# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 9, 2024

*By the Court:*

| No. 24-1161 | IN RE: <br> ERIC R. BRANT, et al., <br> Petitioners |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:20-cv-01049-WCG <br> District Judge William C. Griesbach ||

Upon consideration of the **PETITION FOR A WRIT OF MANDAMUS**, filed on February 2, 2024, by counsel for the petitioners,

**IT IS ORDERED** that Schneider National, Inc. shall file, and the District Judge may file, an answer to the petition on or before February 23, 2024.

form name: **c7_Order_BTC**   (form ID: **178**)